# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **NATHEN BARTON, individually and on behalf of a class of all persons and entities similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **PAPA MURPHY'S COMPANY STORES INC.** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 3:26-cv-05168 |

## AFFIDAVIT OF SERVICE

I, Karen Wolcott, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to PAPA MURPHY'S COMPANY STORES INC. in Thurston County, WA on February 24, 2026 at 11:11 am at 300 Deschutes Way SW, Ste 208, Tumwater, WA 98501-7719 by leaving the following documents with Ellen Jones who as INTAKE_SPECIALIST at CSC is authorized by appointment or by law to receive service of process for PAPA MURPHY'S COMPANY STORES INC..

CLASS ACTION COMPLAINT
CIVIL COVER SHEET
SUMMONS IN A CIVIL ACTION
Magistrate Judge S. Kate Vaughan Chambers
ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT
PRETRIAL CONFERENCE AGENDA – CIVIL
Race: White, Sex: Female, Est. Age: Unknown, Hair: Black, Glasses: Y, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=47.0129366,-122.9058621
Photograph: See Exhibit 1

Total Cost: $128.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Karen Wolcott*

Executed in   Thurston County   ,

   WA   on   2/24/2026   .

Signature
Karen Wolcott
+1 (360) 448-1014
25-0114-02
Thurston County



Exhibit 1a)