UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S COMPANY STORES INC.,<br><br>Defendant. | Case No.: 3:26-cv-05168 SKV<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney Donell A. Hicks, hereby enters his first appearance in the above-captioned matter as counsel for Defendant Papa Murphy's Company Stores, Inc. ("Defendant") and requests service of copies of all future applications, motions, pleadings, notices, orders, and all other filings in this matter.

///

///

**NOTICE OF APPEARANCE**   1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | |
|---|---|
| Dated: March 9, 2026 | GORDON REES SCULLY MANSUKHANI, LLP |
| | BY: /S/ DONELL A. HICKS |
| | Donell A. Hicks, WSBA #62606 |
| | dhicks@grsm.com |
| | Erin Thenell, WSBA #51449 |
| | ethenell@grsm.com |
| | 701 Fifth Avenue, Suite 2100 |
| | Seattle, WA 98104 |
| | Phone: (206) 695-5100 |
| | Fax: (206) 689-2822 |
| | Attorneys for Defendant Papa Murphy's Company Stores, Inc. |

**CERTIFICATE OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the foregoing document was served via e-mail on the following individuals as indicated below:

Samuel J. Stauss
Strauss Borrelli PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
T: (872) 263-1100
Email: sam@straussborrelli.com

Andrew Roman Perrong (pro hac vice)
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
T: 215-225-5529
Email: a@perronglaw.com

Anthony Paronich (pro hac vice)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 617-485-0018
Email: anthony@paronichlaw.com

*Attorney for Plaintiff Nathen w. Barton*

Dated: March 9, 2026

/s/ Donell A. Hicks
Donell A. Hicks
dhicks@grsm.com