

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, LOBBY LEVEL**
**700 STEWART STREET**
**SEATTLE, WASHINGTON  98101**
**(206) 370-8400**

| | |
|---|---|
| **RAVI SUBRAMANIAN** | **ERIC SMITS** |
| **District Court Executive** | **Chief Deputy Clerk** |
| **Clerk of Court** | |

# INSTRUCTIONS FOR COMPLETION OF
# APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) – Permission to Participate in a Particular Case

<u>Pro Hac Vice Attorney Requirements</u>

Pro Hac Vice Attorney Applicant must:

1. Obtain local counsel (see Local Counsel Requirements).

2. Fill out all sections of the Application for Leave to Appear Pro Hac Vice (attached) except for the Statement of Local Counsel.

3. Send the Application to local counsel to complete.

4. Submit a Pro Hac Vice access request from attorney pacer.uscourts.gov account (see [Pro Hac Vice Application Guide](#) for information on when this needs to be done).

<u>Local Counsel Requirements</u>

Local Counsel must:

1. Be admitted to practice before this Court.

2. Have a physical office within the geographical boundaries of the Western District of Washington.

3. Formally appear (LCR 83.2(a)) in the case in which the attorney files the Application.

4. Complete and sign the Statement of Local Counsel section of the Application for Leave to Appear Pro Hac Vice signifying the attorney has read and understands their responsibilities as local counsel.

5. Electronically file and pay the fee for the completed application (either **Civil** or **Criminal**), under **Other Documents**, then select **Application for Leave to Appear Pro Hac Vice**.

---

The court will review applications and upon approval docket an Order in the case.

| Questions regarding Pro Hac Vice applications: | Questions regarding Electronic Case Filing (ECF): |
|---|---|
| Attorney Admissions Clerk 206-370-8400 | ECF Help Desk 1-866-323-9293 |
| [WAWD_Admissions@wawd.uscourts.gov](mailto:WAWD_Admissions@wawd.uscourts.gov) | [cmecf@wawd.uscourts.gov](mailto:cmecf@wawd.uscourts.gov) |



# United States District Court
# Western District of Washington

| NATHEN BARTON, individually and on behalf of a class of all persons and entities similarly situated | Case Number: 3:26-cv-05168 SKV |

Plaintiff(s)

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

V.

PAPA MURPHY'S COMPANY STORES, INC.,

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Calvin E. Davis hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Papa Murphy's Company Stores, Inc.

The particular need for my appearance and participation is:

I am part of the litigation and trial counsel team with experience in class action matters involving the Telephone Consumer Protection Act and am located outside the State of Washington.

I, Calvin E. Davis understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 03-09-2026

Signature of Applicant: s/ Calvin E. Davis

**Pro Hac Vice Attorney**

Applicant's Name: Calvin E. Davis

Law Firm Name: Gordon Rees Scully Mansukhani LLP

Street Address 1: 633 West Fifth Street

Address Line 2: Suite 5200

City: Los Angeles    State: CA    Zip: 90071

Phone Number w/ Area Code: 213-576-5000    Bar #: 101640    State: CA

Primary E-mail Address: cdavis@grsm.com

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address: mtesillo@grsm.com

*(Additional contact email for questions during the application process)*

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Calvin E. Davis is unable to be present upon any date assigned by the court.

Date: 03-09-2026    Signature of Local Counsel: s/ Donell A. Hicks

Local Counsel's Name: Donell A. Hicks

Law Firm Name: Gordon Rees Scully Mansukhani LLP

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 701 Fifth Avenue

Address Line 2: Suite 2100

City: Seattle    State: WA    Zip: 98104

Phone Number w/ Area Code: (206) 695-5100    Bar #: 62606

# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons or sealed documents.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access case information via the Western District of Washington's website or through the Public Access to Court Electronic Records (PACER) system. A PACER login and password is required to electronically file. You can register for PACER access at their website: www.pacer.uscourts.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

 I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for **Pro Hac Vice Attorney Admission access** as required per the Pro Hac Vice Application Guide.

Date Signed 03-09-2026     Signature s/ Calvin E. Davis
*(Pro Hac Vice applicant name)*