UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>　　　　　　　　Plaintiff(s),<br><br>v.<br><br>PAPA MURPHY'S COMPANY STORES INC,<br><br>　　　　　　　　Defendant(s). | CASE NO. 3:26−cv−05168−JNW<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Jamal N Whitehead, United States District Judge. All future documents filed in this case must bear the cause number 3:26−cv−05168−JNW and bear the Judge's name in the upper right hand corner of the document.

DATED March 10, 2026

　　　　　　　　　　　　　　　　Joshua C. Lewis
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By:  /s/ Stefanie Prather
　　　　　　　　　　　　　　　　　　　Deputy Clerk