HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHEN BARTON, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

PAPA MURPHY'S COMPANY STORES INC.,

Defendant.

Case No.: 3:26-cv-05168-JNW

**CORPORATE DISCLOSURE BY DEFENDANT PAPA MURPHY'S COMPANY STORES, INC.**

COMES NOW Defendant Papa Murphy's Company Stores, Inc., by and through its undersigned attorneys, Gordon Rees Scully Mansukhani, LLP, pursuant to Federal Rule of Civil Procedure and Local Rule 7.1, and makes the following disclosure:

Papa Murphy's Holdings, Inc., is the parent company of Defendant Papa Murphy's Company Stores, Inc.  MTY Franchising USA, Inc. is the parent company of Papa Murphy's Holdings, Inc. MTY Franchising Inc. is the parent company of MTY Franchising USA, Inc. MTY Food Group, Inc., is a publicly traded Canadian corporation and the parent company of MTY Franchising USA, Inc.

**CORPORATE DISCLOSURE** - 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Dated: March 17, 2026                    GORDON REES SCULLY MANSUKHANI, LLP

BY:  */S/ Donell A. Hicks*
        Donell A. Hicks, WSBA #62606
        dhicks@grsm.com
        Erin Thenell, WSBA #51449
        ethenell@grsm.com
        701 Fifth Avenue, Suite 2100
        Seattle, WA 98104
        Phone: (206) 695-5100
        Fax: (206) 689-2822
        Attorneys for Defendant Papa Murphy's
        Company Stores, Inc.

        Calvin E. Davis (Admitted PHV)
        cdavis@grsm.com
        Aaron P. Rudin (Admitted PHV)
        arudin@grsm.com
        Candice S. Nam (Admitted PHV)
        cnam@grsm.com
        633 West Fifth Street, Suite 5200
        Los Angeles, CA 90071
        Phone: (213) 576-5000
        Fax: (213) 680-4470
        Attorneys for Defendant Papa Murphy's
        Company Stores, Inc.

**CORPORATE DISCLOSURE** - 2

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the foregoing document was served via US Mail and e-mail on the following individuals as indicated below:

Samuel J. Stauss
Strauss Borrelli PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
T: (872) 263-1100
Email: sam@straussborrelli.com

Andrew Roman Perrong (pro hac vice)
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
T: 215-225-5529
Email: a@perronglaw.com

Anthony Paronich (pro hac vice)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 617-485-0018
Email: anthony@paronichlaw.com

***Attorney for Plaintiff Nathen Barton***

Dated: March 17, 2026

/s/ Donell A. Hicks
Donell A. Hicks
dhicks@grsm.com

CORPORATE DISCLOSURE - 3

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822