HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHEN BARTON, individually and on behalf of a class of all persons and entities similarly situated

Plaintiff,

v.

PAPA MURPHY'S COMPANY STORES INC. and DOES 1-10,

Defendants.

Case No.: 3:26-cv-05168-JNW

**[PROPOSED] ORDER GRANTING DEFENDANT PAPA MURPHY'S COMPANY STORES, INC.'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT**

NOTE ON MOTION CALENDAR:
APRIL 14, 2026

THIS MATTER, having come on for hearing before the Court on Defendant Papa Murphy's Company Store's ("Defendant's") Motion to Dismiss the Class Action Complaint ("Motion to Dismiss"), and the Court being fully advised in the matter and having examined the records and files herein, including:

1.    Defendant Papa Murphy's Company Store's Motion to Dismiss;

2.    Plaintiff Nathen Barton's ("Plaintiff's") Response to Motion to Dismiss;

3.    Defendant's Reply in Support of Motion to Dismiss; and

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

4. _____.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Class Action Complaint against Defendant is hereby dismissed with prejudice.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

*Presented by:*

/s/ *Donell A. Hicks*
GORDON REES SCULLY MANSUKHANI, LLP
Donell A. Hicks, WSBA #62606
dhicks@grsm.com
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822

Calvin E. Davis (Admitted PHV)
cdavis@grsm.com
Aaron P. Rudin (Admitted PHV)
arudin@grsm.com
Candice S. Nam (Admitted PHV)
cnam@grsm.com
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Phone: (213) 576-5000
Fax: (213) 680-4470

Attorneys for Defendant Papa Murphy's Company Stores, Inc.

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE CLASS ACTION COMPLAINT** - 2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the foregoing document was served via e-mail on the following individuals as indicated below:

Samuel J. Stauss
Strauss Borrelli PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
T: (872) 263-1100
Email: sam@straussborrelli.com

Andrew Roman Perrong (pro hac vice)
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
T: 215-225-5529
Email: a@perronglaw.com

Anthony Paronich (pro hac vice)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 617-485-0018
Email: anthony@paronichlaw.com

***Attorney for Plaintiff Nathen Barton***

Dated: March 17, 2026.

/s/ Donell A. Hicks
Donell A. Hicks
dhicks@grsm.com

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE CLASS ACTION COMPLAINT** - 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon Rees Scully Mansukhani LLP, 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071.  On **March 17, 2026**, I served the following document:

**DEFENDANT PAPA MURPHY'S COMPANY STORES, INC.'S [PROPOSED] ORDER GRANTING MOTION TO DISMISS THE CLASS ACTION COMPLAINT**

☒ **VIA ELECTRONIC MAIL -** I caused the document(s) listed above to be served by transmitting via the CM/ECF document filing system the document(s) listed above to the electronic mail (e-mail) address as listed below.

☒ **VIA U.S. MAIL -** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

Samuel J. Strauss
STRAUSS BORRELLI PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
T: (872) 263-1100
F: (872) 263-1109
Email: sam@straussborrelli.com

Anthony Paronich (pro hac vice)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 617-485-0018
Email: anthony@paronichlaw.com

Andrew Roman Perrong (pro hac vice)
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
T: 215-225-5529
a@perronglaw.com

*Attorneys for Plaintiff*
*NATHEN BARTON*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **March 17, 2026**, at Los Angeles, California.

_____
Marisela Tesillo

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE CLASS ACTION COMPLAINT** - 4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

8736/55820489v.1