HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S COMPANY STORES INC.,<br><br>Defendant. | Case No.: 3:26-cv-05168-JNW<br><br>**DEFENDANT PAPA MURPHY'S COMPANY STORES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

**[SEE NEXT PAGE]**



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

COMES NOW Defendant Papa Murphy's Company Stores, Inc., by and through its undersigned attorneys, Gordon Rees Scully Mansukhani, LLP, pursuant to L.C.R. 7(n), brings to the Court's attention the following relevant authority issued after the filing of Defendant's last brief in this matter:

1. *Shawn Card v. R.J. Reynolds Tobacco Holdings, Inc.*, No. 26-CV-00433 (M.D. N.C. Sept. 3, 2026), attached hereto as Exhibit A.

This authority is relevant to the arguments raised in Defendant's Motion to Dismiss.

Dated: September 9, 2026

GORDON REES SCULLY MANSUKHANI, LLP

BY: */S/ Donell A. Hicks*

Donell A. Hicks, WSBA #62606
dhicks@grsm.com
Erin Thenell, WSBA #51449
ethenell@grsm.com
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
Attorneys for Defendant Papa Murphy's Company Stores, Inc.

Calvin E. Davis (Admitted PHV)
cdavis@grsm.com
Aaron P. Rudin (Admitted PHV)
arudin@grsm.com
Candice S. Nam (Admitted PHV)
cnam@grsm.com
300 S. Grand Ave., 32nd Floor
Los Angeles, CA 90071
Phone: (213) 576-5000
Fax: (213) 680-4470
Attorneys for Defendant Papa Murphy's Company Stores, Inc.

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the foregoing document was served via US Mail and e-mail on the following individuals as indicated below:

Samuel J. Stauss
Strauss Borrelli PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
T: (872) 263-1100
Email: sam@straussborrelli.com

Andrew Roman Perrong (pro hac vice)
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
T: 215-225-5529
Email: a@perronglaw.com

Anthony Paronich (pro hac vice)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 617-485-0018
Email: anthony@paronichlaw.com

***Attorney for Plaintiff Nathen Barton***

Dated: September 9, 2026

*/s/ Francine M. Artero*
Francine M. Artero, Legal Assistant
fartero@grsm.com



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822